McKean, Chief Justice,
 

 delivered the opinion of the court, that the evidence was inadmissible, for two reasons:
 
 First,
 
 Because it would only amount to matter of opinion, whereas, it is on facts the court must proceed ; and the necessary facts are already in proof.
 
 Secondly,
 
 Because it would be no justification ; for, on the same principle that the defendant might carry his wharf twelve feet, he could justify extending it farther ; or any other man might excuse a similar intrusion. Suppose, for instance, a street were 60 feet wide, 12 feet might be taken off it, without doing any material injury to the public property, or creating any great obstruction to passengers; yet surely this will not justify any man’s actually buildim» upon, and assuming the property of the twelve feet that could be tl’w spared.